TERRY J. ABERNATHY
MATTHEW G. NOVAK
STEPHANIE L. HINZ
BRADLEY J. KASPAR

JAMES F. PICKENS (1929–2004)
MINOR BARNES (1930-2023)



**PB&A**

PICKENS, BARNES & ABERNATHY

ATTORNEYS AT LAW
1800 FIRST AVENUE NE, SUITE 200
MAILING ADDRESS: P.O. BOX 74170
CEDAR RAPIDS, IOWA 52407-4170

TELEPHONE:
(319) 366-7621
FACSIMILE:
(319) 366-3158
WEBSITE:
www.pbalawfirm.com
E-MAIL:
shinz@pbalawfirm.com

August 9, 2024

Clerk of Court
United States Court of Appeals For the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
Room 24.329
St. Louis, MO 63102

Re: Joseph Maser v. City of Coralville — Case No. 23-3637

Dear Clerk:

Defendants' counsel is <u>available</u> the following dates listed on the Court's oral argument hearing calendar:

September 23-27, 2024 Four Panels in St. Louis
October 21-25, 2024 Three Panels in St. Paul
December 16-20, 2024 One Panel in St. Paul
January 13-17, 2025 Three Panels in St. Louis
February 10-14, 2025 Two Panels in St. Paul
April 14-18, 2025 Three Panels in St. Louis
May 12-16, 2025 One Panel in Omaha, One Panel in St. Paul
June 9-13, 2025 One Panel in St. Louis, One Panel in St. Paul

Defendants' counsel is <u>unavailable</u> the following dates listed on the Court's oral argument hearing calendar:

November 18-22, 2024 One Panel in Omaha, One Panel in St. Louis
March 17-21, 2025 Two Panels in St. Paul

Sincerely,

*Stephanie Hinz*

STEPHANIE HINZ