# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Maureen W. Gornik**
*Acting Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

| | |
|---|---|
| **TO:** | John Georg Daufeldt |
| | Terry J. Abernathy |
| | Stephanie L. Hinz |
| | Bradley J. Kaspar |
| | John C. Wagner |
| **FROM:** | Maddison T. Barra |
| **DATE:** | August 26, 2024 |
| **RE:** | 23-3637  Joseph Maser v. City of Coralville, IA, et al |

      Your paper briefs in the above-case have been received. In reviewing the briefs, we noted the deficiencies shown below. Your paper briefs cannot be accepted. Please send 10 copies of the cover page on the correct color cover within 5 days of this notice.

__X___Reply brief - Gray